IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § § § | |
| *Plaintiff,* | § § | SA-24-CV-00487-OLG |
| vs. | § § § | |
| SIENNA MARKETING & CONSULTING INC.,, | § § § § | |
| *Defendant.* | § | |

### ORDER

Before the Court is the above-styled cause of action, which was referred for all pretrial proceedings. The record reflects that on July 30, 2025, the Court issued a ruling on two discovery motions filed by Defendant [#46]. In that Order, the Court held a portion of Defendant Sienna Marketing & Consulting, Inc.'s Motion to Compel Written Discovery from Plaintiff [#42] in abeyance until after Plaintiff produced certain responsive documents. The Court will now order the parties to file an advisory regarding whether Plaintiff produced the documents as ordered and whether Plaintiff is still seeking relief with respect to Defendant's first set of Requests for Admission or intends to pursue this information through Plaintiff's forthcoming deposition. The Court reminds the parties that Local Rule CV-36 limits requests for admission to 30 requests.

**IT IS THEREFORE ORDERED** that the parties file an advisory as directed herein on or before **September 12, 2025**.

1

**IT IS SO ORDERED.**

SIGNED this 5th day of September, 2025.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE