**Exhibit A**

From: Kaplan, Scott M.
Sent: Thursday, November 13, 2025 2:32 PM
To: 'Mark Ortega' <mortega@utexas.edu>
Cc: Scott, Bob <bob.scott@blankrome.com>; Rosenthal, Jeffrey
<jeffrey.rosenthal@blankrome.com>
Subject: RE: Scheduling Order

Mark,

We are confused by your email.  You represented on our call earlier this week that you would
provide your proposed Phase II schedule by Tuesday, November 18.  Now you are backing off
from that representation.

As you acknowledged in the Waiver of Service Form for Vincent Palazzo, which we have filed
with the Court, Defendant Palazzo has until January 12, 2026, to answer or otherwise respond to
the Second Amended Complaint.  There is thus no need to wait for each Defendant to respond to
the Amended Complaint to provide the schedule that the Court requested on November 3, 2025,
especially in light of your refusal to hold our responses to your discovery requests in abeyance.

In any event, we laid out our position on the proposed scheduling order on our call on Tuesday,
November 11th. Please provide us with your proposed schedule by close of business on Tuesday
November 18th.

Scott


Scott M. Kaplan | BLANKROME
444 West Lake Street | Suite 1650 | Chicago, IL 60606
direct: +1.312.776.2598 | mobile: +1.224.217.1226 scott.kaplan@blankrome.com | bio

-----Original Message-----
From: Mark Ortega <mortega@utexas.edu>
Sent: Tuesday, November 11, 2025 1:29 PM
To: Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com>
Cc: Kaplan, Scott M. <scott.kaplan@blankrome.com>; Scott, Bob <bob.scott@blankrome.com>
Subject: Scheduling Order

Hi Jeff,

It would be better for us to come up with a proposed scheduling order once we have both Sienna
and Palazzo's answers on file so we have an understanding of all positions and can plan a
schedule accordingly. I'll provide you proposed dates within a week after both answers are on
file.

Regards,
Mark Anthony Ortega