**Exhibit B**

**From:** Mark Ortega <mortega@utexas.edu>
**Sent:** Monday, November 10, 2025 7:49 AM
**To:** Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com>
**Cc:** Kaplan, Scott M. <scott.kaplan@blankrome.com>; Scott, Bob <bob.scott@blankrome.com>
**Subject:** Re: Ortega v. Sienna

Hi Jeffrey,

You are requesting a meeting so you can place a call to my phone tomorrow at 9:30am. I'll be awaiting your call. if I don't receive one I'll assume you are no longer requesting a meeting.

Regards,
Mark Anthony Ortega


On Nov 9, 2025, at 10:32 PM, Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com> wrote:

Mark:

The invite for our call at 9:30 am CT on Tuesday already went out to you.

Please call my office line at that time to speak.

Thanks.

Jeff

**Jeffrey N. Rosenthal** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5553 | F: 215.832.5553 | C: 814.777.4199 rosenthal-j@blankrome.com


On Nov 9, 2025, at 11:18 PM, mortega@utexas.edu wrote:

9:30 on Tuesday is fine. Call me at 210-7449-663


On Nov 9, 2025, at 3:57 PM, Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com> wrote:

This meeting must not be recorded or transcribed in any manner without disclosure of such action and explicit consent by all parties participating.

---

—

**From:** Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com>
**Sent:** Sunday, November 9, 2025 4:56 PM

**To:** mortega@utexas.edu
**Cc:** Scott, Bob <bob.scott@blankrome.com>; Kaplan, Scott M. <scott.kaplan@blankrome.com>
**Subject:** RE: Ortega v. Sienna

Mark:

Hope you are having a nice weekend.

Please call my office line below at 9:30 am CT on Tuesday.  We will circulate a reminder shortly.

Thanks.

Jeff

**Jeffrey N. Rosenthal** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5553 | mobile: +1.814.777.4199
jeffrey.rosenthal@blankrome.com | bio

**From:** mortega@utexas.edu <mortega@utexas.edu>
**Sent:** Friday, November 7, 2025 2:59 PM
**To:** Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com>
**Cc:** Scott, Bob <bob.scott@blankrome.com>; Kaplan, Scott M. <scott.kaplan@blankrome.com>
**Subject:** Re: Ortega v. Sienna

Hi Jeff

I'm free Tuesday before 11:30

On Nov 7, 2025, at 1:53 PM, Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com> wrote:

Mark:

Hope you are doing well.

Please let us know when you are free next Monday or Tuesday to have a meet-and-confer call with us regarding, among other things, your Amended Complaint, your discovery requests directed to Sienna, and the proposed schedule the Court asked the parties to confer about in its November 3, 2025, Order (Dkt. No. 57).

We look forward to hearing from you.

Thanks.

Jeff

**Jeffrey N. Rosenthal** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5553 | mobile: +1.814.777.4199
jeffrey.rosenthal@blankrome.com | bio

****************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

****************************************************************************************************

<mime-attachment.ics>