IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
<u>SAN ANTONIO DIVISION</u>

| | | |
|---|---|---|
| MARK ORTEGA,<br><br>        Plaintiff,<br><br>vs.<br><br>SIENNA MARKETING & CONSULTING, INC.<br>a New York Corporation and VINCENT<br>PALAZZO,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:24-CV-00487-OLG |

**[PROPOSED] ORDER GRANTING DEFENDANT SIENNA MARKETING &
CONSULTING, INC. AND VINCENT PALAZZO'S MOTION TO CONTINUE
BIFURCATED DISCOVERY, TO STAY RESPONSES TO PLAINTIFF'S UNTIMELY
WRITTEN DISCOVERY, AND
TO SET A BRIEFING SCHEDULE ON ITS FORTHCOMING
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Before the Court is Defendant Sienna Marketing & Consulting, Inc. and Vincent Palazzo's Motion to Continue Bifurcated Discovery, to Stay Responses to Plaintiff's Untimely Written Discovery, and to Set a Briefing Schedule on its Forthcoming Motion for Summary Judgment. The Court has considered the motion and FINDS that there is good cause for the motion to be granted.

**IT IS THEREFORE ORDERED THAT:**

1. Defendants' Motion to Continue Bifurcated Discovery, to Stay Responses to Plaintiff's Untimely Written Discovery, and to Set a Briefing Schedule on its Forthcoming Motion for Summary Judgment is **GRANTED**;

2. The following briefing schedule is entered on Sienna Marketing & Consulting, Inc. and Vincent Palazzo's forthcoming motion for summary judgment: the motion for summary judgment shall be filed within forty-five (45) days of this Order, the response shall be

164425.00001/155943053v.1

filed within thirty (30) days thereafter, and the reply shall be filed within fourteen (14) days thereafter;

3. The stay of discovery by this Court in Phase I is **EXTENDED** until a ruling on Defendants' forthcoming motion for summary judgment, and Sienna Marketing & Consulting, Inc.'s responses to Plaintiff's written discovery requests are **STAYED** until further order of this Court.

**So ORDERED and SIGNED on this ___ day of _____, 2025.**

_____

JUDGE ELIZABETH S. CHESTNEY