# **Exhibit 3**

# CONFIDENTIAL

**Texas Franchise Tax No Tax Due Report**

Comptroller of Public Accounts FORM 05-163 (Rev.9-16/8)

■ **Tcode** 13255 Annual Franchise

*The law requires No Tax Due Reports originally due on or after Jan. 1, 2016 to be filed electronically. Filing this paper report means you are requesting, and we are granting, a waiver from the electronic reporting requirement for this report year ONLY.*

■ Taxpayer number: 3 2 0 6 0 8 7 8 7 7 7

■ Report year: 2 0 1 7

Due date: 05/15/2017

Taxpayer name: MAO Real Estate LLC

Mailing address: PO Box 702099

City: San Antonio    State: TX    Country: USA    ZIP code plus 4: 78270

Secretary of State file number or Comptroller file number: 0802488437

Blacken circle if the address has changed ■ ●

Blacken circle if this is a combined report ■ ○

NAICS code: 5 3 1 3 9 0

Blacken circle if Total Revenue is adjusted for Tiered Partnership Election, see instructions. *(Note: Upper tiered partnerships do not qualify to use this form)* ■ ○

Is this entity a corporation, limited liability company, professional association, limited partnership or financial institution? ● Yes ○ No

**If any of the statements below are true, you qualify to file this No Tax Due Report** *(Blacken all circles that apply)*:

1.  **This entity is a passive entity as defined in Texas Tax Code Sec. 171.0003.** *(See instructions)*
    (Passive income does NOT include rent)    1. ■ ○

2.  **This entity's annualized total revenue is below the no tax due threshold.** *(See instructions)*    2. ■ ●

3.  **This entity has zero Texas Gross Receipts.**    3. ■ ●

4.  **This entity is a Real Estate Investment Trust (REIT) that meets the qualifications specified in Texas Tax Code Sec. 171.0002(c)(4).**    4. ■ ○

5.  **This entity is a new veteran-owned business as defined in Texas Tax Code Sec. 171.0005.** *(See instructions)*    5. ■ ○

6a. **Accounting year begin date**    6a. ■ m m d d y y: 0 1 0 1 1 6

6b. **Accounting year end date**    6b. m m d d y y: 1 2 3 1 1 6

7.  **TOTAL REVENUE** *(Whole dollars only)*    7. ■ , , [X]

Print or type name: **Mark Anthony Ortega**

Area code and phone number: ( 210 ) 744 - 9663

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief.

sign here ▶

Date

**Mail original to:**
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms/. If you have any questions, call 1-800-252-1381.

**Texas Comptroller Official Use Only**

VE/DE ○

PM Date

MAO001627

# CONFIDENTIAL

05-163
(Rev.9-17/9)

Comptroller
of Public
Accounts
FORM

## Texas Franchise Tax No Tax Due Report

■ **Tcode** 13275 Final Franchise

■ Taxpayer number

| 3 2 0 6 0 8 7 8 7 7 7 |

■ Report year  | 2 0 1 8 |

Due date  5/31/2018

*The law requires No Tax Due Reports originally due on or after Jan.1, 2016 to be filed electronically. Filing this paper report means you are requesting, and we are granting, a waiver from the electronic reporting requirement for this report year ONLY.*

Taxpayer name  **MAO Real Estate LLC**

Mailing address  **PO Box 702099**

City **San Antonio**    State **TX**    Country **USA**    ZIP code plus 4 **78270**

Secretary of State file number or Comptroller file number
**0802488437**

Blacken circle if the address has changed ■ ○

NAICS code
**5 3 1 3 9 0**

Blacken circle if this is a combined report    ■ ○

Blacken circle if Total Revenue is adjusted for Tiered Partnership Election, see instructions. *(Note: Upper tiered partnerships do not qualify to use this form.)*    ■ ○    Blacken circle to request a Certificate of Account Status ■ ○

**If any of the statements below are true, you qualify to file this No Tax Due Report** *(Blacken all circles that apply.)* **:**

1. **This entity is a passive entity as defined in Texas Tax Code Sec. 171.0003.** *(See instructions.)*
   *(Passive income does NOT include rent.)*    1. ■ ●

2. **This entity's annualized total revenue is below the no tax due threshold.** *(See instructions.)*    2. ■ ●

3. **This entity has zero Texas Gross Receipts.**    3. ■ ○

4. **This entity is a Real Estate Investment Trust (REIT) that meets the qualifications specified in Texas Tax Code Sec. 171.0002(c)(4).**    4. ■ ○

5. **This entity is a new veteran-owned business as defined in Texas Tax Code Sec. 171.0005.** *(See instructions.)*
   *(Must have formed after Jan. 1, 2016 and must be pre-qualified.)*    5. ■ ○

6a. **Accounting year begin date**    6a. ■ | m m d d y y |  0 1 0 1 1 6 |

6b. **Accounting year end date**    6b. ■ | m m d d y y |  1 2 3 1 1 7 |

7. **TOTAL REVENUE** *(Whole dollars only)*    7. ■ ___ , ___ , ___

Print or type name  **Mark Anthony Ortega**

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief.

sign here )

Date

Area code and phone number
( **210** ) **744** - **9663**

**Mail original to:**
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms/. If you have any questions, call 1-800-252-1381.

## Texas Comptroller Official Use Only

VE/DE    ○

PM Date

MAO001628

# CONFIDENTIAL

## Franchise Tax

### 2020 Annual No Tax Due Report

Confirmation

## You Have Filed Successfully

### Please do NOT send a paper form

### Print this page for your records

**Submission ID: 49279307**
**Date and Time of Filing:** 03/31/2020 07:04:17 PM

**Taxpayer ID:** 32060878777
**Taxpayer Name:** MAO REAL ESTATE LLC
**Taxpayer Address:** PO BOX 702099 SAN ANTONIO,  TX 78270 - 2099

**Entered By:** Mark A Ortega
**Email Address:** mortega@utexas.edu
**Telephone Number:**  210  744-9663
**IP Address:** ⬛⬛⬛⬛⬛

| Additional Reports | |
| --- | --- |
| Is this the reporting entity of a combined group? | No |
| Do any of the entities in the combined group have a temporary business loss preserved? | No |
| Will your total revenue be adjusted for the Tiered Partnership Election? | No |

| No Tax Due Report | |
| --- | --- |
| SIC Code: | NAICS Code: 531390 |
| Accounting Year Begin Date: 01/01/2019 | Accounting Year End Date: 12/31/2019 |
| Is this a passive entity as defined in Chapter 171 of the Texas Tax Code? | No |
| Is this entity's annualized total revenue below the no tax due threshold? | Yes |
| Does the entity have zero Texas Gross Receipts? | No |
| Is this entity a Real Estate Investment Trust (REIT) that meets the qualifications specified in section 171.0002(c)(4)? | No |
| Is this entity a New Veteran-Owned Business as defined in Texas Tax Code Sec. 171.0005? | No |
| Total Revenue: | $⬛⬛ |

| Mailing Address | |
| --- | --- |
| Street Address: PO BOX 702099 | |
| City: SAN ANTONIO | |
| State: TX | |
| Zip Code: 78270 - 2099 | |
| Country: USA | |

| Public Information Report |
| --- |
| **Taxpayer** |
| Taxpayer Name: MAO REAL ESTATE LLC |
| Taxpayer Number: 32060878777 |
| SOS File Number or Comptroller File Number: 0802488437 |
| Mailing Address: PO BOX 702099 |

**MAO001629**

CONFIDENTIAL

| | |
|---|---|
| SAN ANTONIO, TX 78270-2099 | |
| Principal Office: 16410 NW Military Hwy, Shavano Park, TX 78231 | |
| Principal Place Of Business: 16410 NW Military Hwy, Shavano Park, TX 78231 | |
| Changes from previous year?: No | |

**Officers, Directors, Managers, Member or General Partner**

| | | |
|---|---|---|
| Name: MARK ANTHONY ORTEGA | | |
| Title: MANAGING M | Director? No | Term Expiration Date: |
| Mailing Address: PO BOX 702099 SAN ANTONIO, TX  78270 | | |
| Name: MARK ANTHONY ORTEGA | | |
| Title: DIRECTOR | Director? Yes | Term Expiration Date: |
| Mailing Address: PO BOX 702099 SAN ANTONIO, TX  78270 | | |

**Owned Entity(s)**

| Owned Entity(s) | State of Formation | TX SOS File # | Percentage of Ownership |
|---|---|---|---|
| None entered. | | | |

**Owners**

| Owned Entity(s) | State of Formation | TX SOS File # | Percentage of Ownership |
|---|---|---|---|
| None entered. | | | |

**Registered Agent and Office**

| | |
|---|---|
| Agent: MARK ANTHONY ORTEGA | |
| Office: 16410 NW MILITARY HWY SHAVANO PARK, TX  78231-2099 | |

**Declaration Statement**

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the submission date, and that a copy of this information has been mailed to each person named in this section who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

Print | Return to Menu | File for Another Taxpayer

texas.gov | Texas Records and Information Locator (TRAIL) | State Link Policy | Texas Homeland Security | Texas Veterans Portal

**Glenn Hegar**, Texas Comptroller • Home • Contact Us

Privacy and Security Policy | Accessibility Policy | Link Policy | Public Information Act | Compact with Texans

MAO001630

# Franchise Tax

**CONFIDENTIAL**

## 2022 Annual No Tax Due Report

Confirmation

## You Have Filed Successfully

### Please do NOT send a paper form

Since you are electronically reporting this tax, you will not receive a paper tax return in the mail for subsequent reports due. To keep you up-to-date and informed of due dates for this tax, we will send a courtesy e-mail reminder to you at the e-mail address on file for this account.

### Print this page for your records

**Submission ID:** 62973152
**Date and Time of Filing:** 05/23/2022 03:53:58 PM

**Taxpayer ID:** 32060878777
**Taxpayer Name:** MAO REAL ESTATE LLC
**Taxpayer Address:** PO BOX 702099 SAN ANTONIO,  TX 78270 - 2099

**Entered By:** Mark A Ortega
**Email Address:** mortega@utexas.edu
**Tele hone Number:** 210  744-9663

---

### Total Amount Due and Payable = 50.00

> This report is being submitted after the due date.
> Reports filed after the due date incur a $50 late filing fee.

---

| Additional Reports | |
|---|---|
| Is this the reporting entity of a combined group? | No |
| Do any of the entities in the combined group have a temporary business loss preserved? | No |
| Will your total revenue be adjusted for the Tiered Partnership Election? | No |

---

| No Tax Due Report | |
|---|---|
| SIC Code: | NAICS Code: 531390 |
| Accounting Year Begin Date: 01/01/2021 | Accounting Year End Date: 12/31/2021 |

| | |
|---|---|
| Is this a passive entity as defined in Chapter 171 of the Texas Tax Code? | No |
| Is this entity's annualized total revenue below the no tax due threshold? | Yes |
| Does the entity have zero Texas Gross Receipts? | No |
| Is this entity a Real Estate Investment Trust (REIT) that meets the qualifications specified in section 171.0002(c)(4)? | No |
| Is this entity a New Veteran-Owned Business as defined in Texas Tax Code Sec. 171.0005? | No |
| Total Revenue: | $XXXX |

---

| Mailing Address |
|---|
| Street Address: PO BOX 702099 |
| City: SAN ANTONIO |
| State: TX |
| Zip Code: 78270 - 2099 |
| Country: USA |

---

**Public Information Report**
**Taxpayer**
Taxpayer Name: MAO REAL ESTATE LLC

MAO001623

Taxpayer Number: 32060878777

SOS File Number or Comptroller File Number: 0802488437

Mailing Address: PO BOX 702099

**CONFIDENTIAL**

SAN ANTONIO, TX  78270-2099

Principal Office:

Principal Place Of Business:

Changes from previous year?: No

| **Officers, Directors, Managers, Member or General Partner** |
| --- |

Name: MARK ANTHONY ORTEGA

Title: DIRECTOR          Director? Yes          Term Expiration Date:

Mailing Address: PO BOX 702099
SAN ANTONIO, TX  78270

Name: MARK ANTHONY ORTEGA

Title: MANAGING M          Director? No          Term Expiration Date:

Mailing Address: PO BOX 702099
SAN ANTONIO, TX  78270

| **Owned Entity(s)** | | | |
| --- | --- | --- | --- |
| **Owned Entity(s)** | **State of Formation** | **TX SOS File #** | **Percentage of Ownership** |
| | None entered. | | |

| **Owners** | | | |
| --- | --- | --- | --- |
| **Owned Entity(s)** | **State of Formation** | **TX SOS File #** | **Percentage of Ownership** |
| | None entered. | | |

| **Registered Agent and Office** |
| --- |

Agent: MARK ANTHONY ORTEGA

Office: 152 Bedingfeld
SHAVANO PARK, TX  78231-2099

| **Declaration Statement** |
| --- |

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the submission date, and that a copy of this information has been mailed to each person named in this section who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

**Payment Summary**

**Amount to Pay:** $50.00
**Electronic Check:** $50.00

**Payment Reference Number:** 62973151
**Trace Number:** 06279162
**Type of Bank Account:** ▨▨▨▨▨▨▨
**Accountholder Name:** ▨▨▨▨▨▨▨
**Bank Routing Number:** ▨▨▨▨▨▨▨
**Bank Account Number:** ▨▨▨▨▨▨▨
**Payment Effective Date:** ▨▨▨▨▨

[Print] [Return to Menu] [File for Another Taxpayer]

texas.gov | Texas Records and Information Locator (TRAIL) | State Link Policy | Texas Homeland Security | Texas Veterans Portal

**Glenn Hegar**, Texas Comptroller • Home • Contact Us

Privacy and Security Policy | Accessibility Policy | Link Policy | Public Information Act | Compact with Texans

MAO001624

Franchise Tax **CONFIDENTIAL**

## 2023 Annual No Tax Due Report

Confirmation

## You Have Filed Successfully

### Please do NOT send a paper form

Since you are electronically reporting this tax, you will not receive a paper tax return in the mail for subsequent reports due. To keep you up-to-date and informed of due dates for this tax, we will send a courtesy e-mail reminder to you at the e-mail address on file for this account.

### <u>Print this page for your records</u>

**Submission ID:** 72154036
**Date and Time of Filing:** 10/14/2023 06:31:08 PM

**Taxpayer ID:** 32060878777
**Taxpayer Name:** MAO REAL ESTATE LLC
**Taxpayer Address:** PO BOX 702099 SAN ANTONIO,  TX 78270 - 2099

**Entered By:** Mark A Ortega
**Email Address:** mortega@utexas.edu
**Telephone Number:**   210  744-9663
**IP Address:** ███████

---

### Total Amount Due and Payable = 50.00

> This report is being submitted after the due date.
> Reports filed after the due date incur a $50 late filing fee.

---

| **Additional Reports** | |
|---|---|
| Is this the reporting entity of a combined group? | No |
| Do any of the entities in the combined group have a temporary business loss preserved? | No |
| Will your total revenue be adjusted for the Tiered Partnership Election? | No |

| **No Tax Due Report** | |
|---|---|
| SIC Code: | NAICS Code: 531390 |
| Accounting Year Begin Date: 01/01/2022 | Accounting Year End Date: 12/31/2022 |

| | |
|---|---|
| Is this a passive entity as defined in Chapter 171 of the Texas Tax Code? | No |
| Is this entity's annualized total revenue below the no tax due threshold? | Yes |
| Does the entity have zero Texas Gross Receipts? | No |
| Is this entity a Real Estate Investment Trust (REIT) that meets the qualifications specified in section 171.0002(c)(4)? | No |
| Is this entity a New Veteran-Owned Business as defined in Texas Tax Code Sec. 171.0005? | No |
| Total Revenue: | $███ |

| **Mailing Address** | |
|---|---|
| Street Address: | PO BOX 702099 |
| City: | SAN ANTONIO |
| State: | TX |
| Zip Code: | 78270 - 2099 |
| Country: | USA |

| **Public Information Report** | |
|---|---|
| **Taxpayer** | |
| Taxpayer Name: MAO REAL ESTATE LLC | |

MAO001625

Taxpayer Number: 32060878777

SOS File Number or Comptroller File Number: 0802488437

Mailing Address: PO BOX 702099
SAN ANTONIO, TX  78270-2099

CONFIDENTIAL

Principal Office:

Principal Place Of Business:

Changes from previous year?: No

| Officers, Directors, Managers, Member or General Partner | | |
|---|---|---|
| Name: MARK ANTHONY ORTEGA | | |
| Title: DIRECTOR | Director? Yes | Term Expiration Date: |
| Mailing Address: PO BOX 702099 SAN ANTONIO, TX  78270 | | |
| Name: MARK ANTHONY ORTEGA | | |
| Title: MANAGING M | Director? No | Term Expiration Date: |
| Mailing Address: PO BOX 702099 SAN ANTONIO, TX  78270 | | |

| Owned Entity(s) | | | |
|---|---|---|---|
| **Owned Entity(s)** | **State of Formation** | **TX SOS File #** | **Percentage of Ownership** |
| None entered. | | | |

| Owners | | | |
|---|---|---|---|
| **Owned Entity(s)** | **State of Formation** | **TX SOS File #** | **Percentage of Ownership** |
| None entered. | | | |

| Registered Agent and Office |
|---|
| Agent: MARK ANTHONY ORTEGA |
| Office: 15450 Capital Port Dr San Antonio, TX  78249-2099 |

| Declaration Statement |
|---|
| I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the submission date, and that a copy of this information has been mailed to each person named in this section who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company. |

**Payment Summary**

**Amount to Pay:** $50.00
**Electronic Check:** $50.00

**Payment Reference Number:** 72154035
**Trace Number:** 73687420
**Type of Bank Account:** ▓▓▓▓▓▓▓
**Accountholder Name:** ▓▓▓▓▓▓▓
**Bank Routing Number:** ▓▓▓▓▓▓▓
**Bank Account Number:** ▓▓▓▓▓▓▓
**Payment Effective Date:** ▓▓▓▓▓▓▓

[ Print ] [ Return to Menu ] [ File for Another Taxpayer ]

texas.gov | Texas Records and Information Locator (TRAIL) | State Link Policy | Texas Homeland Security | Texas Veterans Portal

**Glenn Hegar**, Texas Comptroller • Home • Contact Us

Privacy and Security Policy | Accessibility Policy | Link Policy | Public Information Act | Compact with Texans

MAO001626