# Exhibit 4

# CONFIDENTIAL



**From:** **Mark Ortega** mark@maorealestate.com
**Subject:** Rents and Security Deposits for Evergreen Closing Next Thursday
**Date:** January 7, 2022 at 10:50 AM
**To:** Malissa@sovereigntitleok.com

Hi Malissa,

My name is Mark Ortega and I am the owner of Evergreen Capital and the seller in this transaction. I put together a list of all the security deposits so that we can prorate the rents for next weeks closing. Let me know if you have any questions.



**Evergreen Capital Rent Rolls 1-7-2022.xlsx**

Regards,
Mark Anthony Ortega
210-744-9663

MAO001502

# CONFIDENTIAL

**From:** **Mark Ortega** mark@maorealestate.com
**Subject:** Re: NOTICE TO ENTER DWELLING UNIT
**Date:** December 20, 2021 at 2:36 PM
**To:** Charles Grass grasscharles383@gmail.com



Like how much the balance is for the remainder of the lease?

On Dec 17, 2021, at 5:43 PM, Charles Grass <grasscharles383@gmail.com> wrote:

Hey can you send me lease going to get it paid for a year

On Sun, Dec 12, 2021, 4:22 PM Charles Grass <grasscharles383@gmail.com> wrote:
Sent them to you  was planing on doing more as well

On Sun, Dec 12, 2021, 4:13 PM Mark Ortega <mark@maorealestate.com> wrote:
210-744-9663

On Dec 12, 2021, at 4:12 PM, Charles Grass <grasscharles383@gmail.com> wrote:

Send phone number can't do on here

On Sun, Dec 12, 2021, 4:11 PM Charles Grass <grasscharles383@gmail.com> wrote:
Yes, I will.

On Sun, Dec 12, 2021, 4:10 PM Mark Ortega <mark@maorealestate.com> wrote:
If you could please send me pictures

On Dec 12, 2021, at 4:09 PM, Charles Grass <grasscharles383@gmail.com> wrote:

It is done  and more painted kitchen and still doing more

On Sun, Dec 12, 2021, 4:07 PM Mark Ortega <mark@maorealestate.com> wrote:
Because rent was not paid. You haven't completed the job so you can't just deduct it from the rent.

On Dec 12, 2021, at 4:04 PM, Charles Grass <grasscharles383@gmail.com> wrote:

Why the hell I get a letter saying I owe you 400 dollars we agreed that I fix fix floor and celling for 350

On Sun, Dec 5, 2021, 3:13 PM Charles Grass <grasscharles383@gmail.com> wrote:
Started work already just need tools from work
On Sun, Dec 5, 2021, 2:05 PM Charles Grass <grasscharles383@gmail.com> wrote:
That won't work already spent it on material next time I'll know

On Sun, Dec 5, 2021, 2:00 PM Mark Ortega <mark@maorealestate.com> wrote:
Ah that's not going to work that receiving payment before work is done. You need to pay the remainder of your rent and I'll send you payment upon completion of the job.

On Dec 5, 2021, at 1:56 PM, Charles Grass <grasscharles383@gmail.com> wrote:

This coming weekend

On Fri, Dec 3, 2021, 6:41 PM Mark Ortega <mark@maorealestate.com> wrote:
How long till its done?

On Dec 3, 2021, at 6:39 PM, Charles Grass <grasscharles383@gmail.com> wrote:

400 paid floor and patches getting done just letting you know
On Mon, Nov 29, 2021, 6:40 AM Charles Grass <grasscharles383@gmail.com> wrote:
350 to do floor and 3 patches and paint

On Thu, Nov 18, 2021, 5:42 PM Mark Ortega <mark@maorealestate.com> wrote:
Hello,

My name is Mark Anthony Ortega I am the owner of Evergreen Capital LLC and am giving formal notice that an Oklahoma Licensed Appraiser, Prospective Buyer, and I will be by the property sometime between Saturday November 20,201 through T
your unit by tomorrow morning.

If you have any questions or concerns please reach out to me by email at mark@maorealestate.com or by phone at (210) 744-9663. Also if you have a 4 hr block of time that works best for you on Saturday/Sunday please text me with your preferenc

Regards,
Mark Anthony Ortega


**Oklahoma Landlord/Tenant Law:**

**§41-128.  Consent of tenant for landlord to enter dwelling unit**

A.   A tenant shall not unreasonably withhold consent to the
landlord, his agents and employees, to enter into the dwelling unit
in order to inspect the premises, make necessary or agreed repairs,
decorations, alterations or improvements, supply necessary or agreed
services or exhibit the dwelling unit to prospective or actual
purchasers, mortgagees, tenants, workmen or contractors.

...

C.   A landlord shall not abuse the right of access or use it to harass the tenant. Except in case of eme

...

E.   If the tenant refuses to allow lawful access, the landlord
may obtain injunctive relief to compel access or he may **terminate** the
rental agreement.

MAO001503

**CONFIDENTIAL**

From: **Brittany Hathorn** brittany@exitsilverthread.com

Subject: Re: Handing 65 Timberline off

Date: September 15, 2023 at 8:52 PM

To: Joseph Llerena joseph@gforestcapital.com

Cc: mark@gforestcapital.com

Thank you for sending that information over. Not much has sold in the Timbers or Ridge areas of the golf course for a little while. The last ones sold for 25K in 2021. They were on Mojave Ct. I do think listing in the 40-50K range would be better than where you had it listed. However, it is not uncommon for these properties to be listed for a couple of years before they sell. However, it would be good to get them back on the market while we still have hunters in town. Hoping for sunshine tomorrow so I can take pictures. I will also prepare the contract to send over to you.

Respectfully,

Brittany Hathorn

On Fri, Sep 15, 2023, 09:30 Joseph Llerena <joseph@gforestcapital.com> wrote:
> email is fine
> phone for time sensitive matters
> joseph2109001511
> Mark 2107449663

---

**Warranty Deed**

THIS DEED, Made this __4__ day of August 2021, between

Carolyn L. Haller

of the County of Oklahoma, State of Oklahoma, Grantor, and

**Green Forest Capital LLC, a Texas Limited Liability Company**

whose legal address is P O Box 702099, San Antonio, TX 78260; Grantee

WITNESSETH, That the Grantor, for and in consideration of the sum of **SEVEN THOUSAND NINE HUNDRED AND 00/100 DOLLARS ($7,900.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm unto the Grantee, its heirs and assigns forever, all the real property, together with improvements, if any, situate, lying and being in the County of **Rio Grande** and the State of **Colorado**, described as follows:

**Lot 15, South Fork Ranches, The Timbers, according to the Plat thereof recorded on August 28, 2002 at Reception No. 374429, County of Rio Grande, State of Colorado.**

Also known as street and number: **65 Timberline Trl, South Fork, CO 81154**
Assessor's schedule or parcel number: R006857 - 2128101018

TOGETHER with all and singular the hereditaments and appurtenances thereunto belonging, or in any wise appertaining, and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof, and all the estate, right, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances unto the Grantee, its heirs, successors and assigns forever. And the Grantor, for themselves, their heirs, and personal representatives, do covenant, grant, bargain and agree to and with the Grantee, its heirs, successors and assigns, that at the time of the ensealing and delivery of these presents they is well seized of the premises above conveyed, have good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and have good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form as aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind or nature whatsoever, except general taxes for the current and all subsequent years and subject to easements, reservations, restrictions, covenants and rights of ways of record, if any, and all statutory exceptions. Also subject to the exceptions as referenced in the title commitment issued by Alpine Title, Inc.

SF-21-298    Warranty Deed                                Page 1 of 2

The Grantor shall and will **WARRANT AND FOREVER DEFEND** the above-bargained premises in the quiet and peaceable possession of the Grantee, its heirs, successors and assigns, against all and every person or persons lawfully claiming the whole or any part thereof. The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, The Grantor have executed this deed on the date first written above.

_Carolyn L. Haller_ (signature)
Carolyn L. Haller

STATE OF __Oklahoma__
COUNTY OF __Oklahoma__

The foregoing instrument was acknowledged before me this __4__ day of August, 2021, by Carolyn L. Haller.

_(signature)_
Notary's Official Signature

My Commission Expires: 4/14/23

BRITTANY MCCOY
Notary Public
State of Oklahoma
Commission #03066011 Exp: 04/14/23

SF-21-298    Warranty Deed                                Page 2 of 2

---

On Fri, Sep 15, 2023 at 10:11 AM Brittany Hathorn <brittany@exitsilverthread.com> wrote:
> Joseph and Mark,
>
> Is this property owned by the business?
> Can I get your names exactly how they are on the Title? Also, the address and your phone #s.
>
> When dealing with communication how do you guys prefer to communicate?
>
> As far as getting it on the market. Hopefully the sun will come out and I can get some photos today. If not, I think its supposed to be better this weekend. It has been raining and gloomy every day this week.
>
> Respectfully,
>
> Brittany
>
> On Fri, Sep 15, 2023, 08:12 Joseph Llerena <joseph@gforestcapital.com> wrote:
>> Brittany,

MAO001508

**CONFIDENTIAL**

We need to list it right away before it gets any colder. What do you need from us to get the listing rolling?

Best,
Joseph

On Thu, Sep 14, 2023 at 5:49 PM Brittany Hathorn <brittany@exitsilverthread.com> wrote:
> Thank you Kevin. I am happy to help. Mark and Joseph I will send you a separate email to start our communication. I look forward to working with you.
>
> Brittany Hathorn
>
> On Thu, Sep 14, 2023, 16:32 Kevin Blue <Kevin@bestofpagosasprings.com> wrote:
>> Hello Mark & Joseph,
>> I am emailing to let you both know I am handing you off to a realtor in South Fork. I feel it is best with how many random calls the lot gets with buyers wanting to look at it. I have not been able to accommodate all the buyers showings. I feel this will be best as for you guys. Her information is below and I will attach her on this email.
>>
>> Brittany Hathorn
>> 1-719-588-0656
>>
>> Here are the emails for Mark and Joseph. I will send you their contact information.
>>
>> Respectfully,
>>
>> Kevin Blue

MAO001509

**CONFIDENTIAL**

**Friday, August 1, 2025 at 11:16:21 AM Central Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Mobile Notary appointment/Hirschfield Rd/GF#2149045 |
| **Date:** | Wednesday, March 27, 2024 at 11:22:40 AM Central Daylight Time |
| **From:** | Mark Ortega <Mark@grovano.com> |
| **To:** | Rebecca Carnicle <rcarnicle@greatamtitle.com>, evfrealtor@gmail.com <evfrealtor@gmail.com> |
| **Attachments:** | image001.png, image002.png, image003.jpg, image004.png |

Hi Rebecca,

I'd like to use my notary if you could please  coordinate with him regarding get any approvals needed. His information is below and I've cc'ed him in on this email as well.  Thank you

Notary: Elias Flores
Email: evfrealtor@gmail.com
Phone Number: 210-677-4412

For Scheduling:
Location of Appointment: Home
Address of Appointment: 152 Bedingfeld Dr, Shavano Park, TX 78231 Community Gate Code #2616
Time of Appointment: Anytime 11am – 2 pm Monday – Friday
Best Contact Number: 210-744-9663

---

**From:** Rebecca Carnicle <rcarnicle@greatamtitle.com>
**Date:** Wednesday, March 27, 2024 at 10:59 AM
**To:** Mark Ortega <Mark@grovano.com>
**Subject:** RE: Mobile Notary appointment/Hirschfield Rd/GF#2149045

Hi there,

They have to go through our corporate office (Stewart Title).  I don't have a specific package, we use the notaries that Stewart Approves.

Can you notary send me his bond insurance?  Sometimes if they have the correct amount of bond coverage, then I can get an exception.

**MAO001510**

# CONFIDENTIAL



**Rebecca Carnicle l** Branch Manager, Escrow Officer
Great American Title Oakridge
26113 Oak Ridge Drive, Suite D, The Woodlands, TX 77380
D  (281) 771-3605
O  (281) 771-3600
F  (832) 381-2919
www.greatamtitle.com | rcarnicle@greatamtitle.com



 

---

**From:** Mark Ortega <Mark@grovano.com>
**Sent:** Wednesday, March 27, 2024 10:48 AM
**To:** Rebecca Carnicle <rcarnicle@greatamtitle.com>
**Subject:** [External] Re: Mobile Notary appointment/Hirschfield Rd/GF#2149045

Can you send me over the notary vetting packet

---

**From:** Rebecca Carnicle <rcarnicle@greatamtitle.com>
**Date:** Wednesday, March 27, 2024 at 10:38 AM
**To:** Mark Ortega <Mark@grovano.com>, Yesenia Pulido <ypulido@greatamtitle.com>
**Cc:** SMITHBAGENT@GMAIL.COM <smithbagent@gmail.com>, Tammy Leal <tammy.leal@yahoo.com>
**Subject:** RE: Mobile Notary appointment/Hirschfield Rd/GF#2149045

Hi There,

The mobile notary fee is only $150 for sellers, and unfortunately we have to use a notary

MAO001511

2 of 6

who is vetted with our company.    **CONFIDENTIAL**



**Rebecca Carnicle l** Branch Manager, Escrow Officer
Great American Title Oakridge
26113 Oak Ridge Drive, Suite D, The Woodlands, TX 77380
D  (281) 771-3605
O  (281) 771-3600
F  (832) 381-2919
www.greatamtitle.com | rcarnicle@greatamtitle.com







---

**From:** Mark Ortega <Mark@grovano.com>
**Sent:** Wednesday, March 27, 2024 10:34 AM
**To:** Yesenia Pulido <ypulido@greatamtitle.com>
**Cc:** SMITHBAGENT@GMAIL.COM; Tammy Leal <tammy.leal@yahoo.com>; Rebecca Carnicle <rcarnicle@greatamtitle.com>
**Subject:** [External] Re: Mobile Notary appointment/Hirschfield Rd/GF#2149045

Hi Yesenia,

$250 its pretty steep for a mobile notary I've used onenotary.us in the past for real estate closings. I'd like to use them for this transaction.

Regards,
Mark Ortega

CONFIDENTIAL

**From:** Yesenia Pulido <ypulido@greatamtitle.com>
**Date:** Tuesday, March 26, 2024 at 3:11 PM
**To:** Mark Ortega <Mark@grovano.com>
**Cc:** SMITHBAGENT@GMAIL.COM <smithbagent@gmail.com>, Tammy Leal <tammy.leal@yahoo.com>, Rebecca Carnicle <rcarnicle@greatamtitle.com>
**Subject:** Mobile Notary appointment/Hirschfield Rd/GF#2149045

Hi There,

I understand that you will not be present for closing on your real estate transaction.  It has been requested that our office prepare for your signing appointment with a "Mobile Notary".  We ask that your signing appointment is scheduled 1 to 2 days prior to the contract close date.  Our office requires the original executed documents in order to complete/fund the transaction.

## Please Confirm You Accept The Charge For Your Mobile Notary Appointment

- The Mobile Notary Fee will be assessed on the final closing statement.
- The Fee ranges from $150.00 to $250.00 (per signing appointment)
- Some States require an Attorney to conduct the signing.  Those states are billed at a higher rate.

## Great American Title Company Will Schedule Your Appointment When….

My office will schedule your signing appointment with the notary.
Once the Moblie Notary Appointment has been scheduled, we will forward the notary name and contact details to you.
The Notary Service may contact you to confirm the appointment.

## Please Provide:  Information Necessary to Schedule Your Signing Appointment

Date of Appointment:
Location of Appointment:
   Example:  Your Home/Office/Starbucks,etc
Address of Appointment:
   Provide any additional instructions to access the signing location
Time of Appointment:
   Recommendation (No earlier than 11:00AM and No later than 4:00PM)
Best Contact Number for Notary to Reach You:

## If you are Purchasing a Property Please Be Prepared to Provide Notary:

MAO001513

CONFIDENTIAL

1. Notary will bring documents to you for signature, and will take the original documents after signing.
2. Notary is required to overnight the documents to our office (SAME Day as the signing occurred)
3. You will be asked to provide 1 Form of Identification.
   a. Acceptable forms of ID are:  Valid State Drivers License, Passport, Social Security Card, etc.
4. Cashier's Check for Funds Due (if funds not sent by wire)


**<u>PLEASE READ If You Have Questions Concerning The Use of Your Own Notary….</u>**

**Please note that Texas Department of Insurance and ALTA Best Practices requires that any notary conducting signing appointments on a real estate transaction must meet specific requirements, and must have specific insurances.  Due to these requirements, our office will always coordinate the notary signing with a company or service that has been "vetted" with Great American Title Company.  Any request for an outside or personal notary will not be accepted.  If it is urgent we use your desired notary, please ask us for the Notary Vetting Package.**

*Yesenia Pulido*
Licensed Escrow Assistant
Great American Title Oakridge
26113 Oak Ridge Drive, Suite D, The Woodlands, TX 77380
D  (281) 771-3608
O  (281) 771-3600
F   (281)-771-3611
ypulido@greatamtitle.com  | www.greatamtitle.com



 

MAO001514

**CONFIDENTIAL**

6 of 6

**MAO001515**