# **Exhibit 5**

Text Message • SMS
Jan 28, 2022 at 2:17 PM

CONFIDENTIAL

Hi Alfred I was wondering if you could check out the HVAC at 1507 Golden Wing. I had replaced the thermostat but I think I did it incorrectly as it doesn't heat up.

Jan 28, 2022 at 6:07 PM

The address is 1507 Golden Wing San Antonio, TX 78260 its vacant and you can access it by going through the garage door. The code is 5320 ENTER to open the garage

Jan 29, 2022 at 12:09 PM

Thank you was it just the thermostat?

How much do I owe you

Jan 29, 2022 at 2:21 PM

180

I tried everything nothing would work

Ah alright no problem how can I send it to you check or Venmo cash app?

Check would be better

alfred sotello

CONFIDENTIAL

Alright thank you'll I'll put it in the mail

Jun 14, 2022 at 8:13 AM

Hey there Alfred! I was seeing if you could check out an HVAC for me over at 205 Winter Frost, Cibolo 78108?

Jun 14, 2022 at 9:54 AM

It'll be after lunch before I can get there

Alright cool can you go around say 4?

I'll be there at 4

Perfect thank you!

Jan 7, 2023 at 12:48 PM

Hey Alfred! I was wondering do you ever do HVAC service contracts. I'm renting a 3200 sqft warehouse in Leon Valley for my other business and was needing to get an HVAC service contract to maintain the HVAC

Jun 29, 2024 at 3:13 PM

Hey Alfred I was seeing if you could check out a AC unit for me in Schertz today? I had the tenant check out the condenser unit outside and it looks like the fan so it's not cooling it off. Let me know if you're available. The address is 5470 Cypress Pt, Schertz, TX 78108

Text Message • SMS

Dec 6, 2022 at 3:08 PM

CONFIDENTIAL

Hey Edward Its Mark Ortega you used to do the carpet for my houses I was seeing if you have any guys for general cleanup of a property in Canyon Lake

No can't help you there

Ah alright no problems thanks

Sat, Feb 22 at 4:54 PM

Hey Edward was seeing if you still did carpet I have a rental property here in San Antonio I wanted to change out the carpet

I'm doing small jobs that are empty
What do you have going on?

Sat, Feb 22 at 6:06 PM

I have an empty home in cibolo that the carpet needs to be replaced its about 1400sqft or so of carpet. How much do you charge per square foot?

Is there stairs?

No single story

1400 sqft = 155 sqyds
Take up and haul away $155
1/2" padding $700
Labor to install $1,078
Total $1,933
All together that's $1.38 sqft
Carpet
32oz $2,019 that's $12 a yd or $1.44sqft
42oz carpet $2,355 that's $14 a yd or $1.62sqft
If you like price need to go measure house to find out exact measurements

Sat, Feb 22 at 8:47 PM

Alright that works and I can give you the address and lockbox code so you can take exact measurements and I'm fine with 32oz carpet

Ok can probably go by Monday morning I have a sample book I can take
Also I'm working by myself so will take me about 5 days to complete

work

CONFIDENTIAL

Mon, Feb 24 at 4:22 PM

Alright that's fine let me get a key on it

K

iMessage

Mar 23, 2023 at 8:17 AM

CONFIDENTIAL

Meaghan Bird

Morning! Payment has cleared our end. Planning to send our guy to do the fans by 10:00am. If you don't want to give the keys yet if one of you can meet him to let him in, I would appreciate that. Or we can drop the fans off and I know you have handymen if you wanna send them over instead.

I hopefully setup the utilities if they will accept the unsigned lease. If not it will prob be by Monday (not sure they can do it same day, most say up to 2 business days) so please don't cut them off today. I should get an answer by end of the day today on both though.

Thanks guys!

Daniela Egli

Just sent you an email

Meaghan Bird

Lol we were communicating at the same time! Thank you!

Good morning, funds were just received so I just signed the lease and Daniela sent the code via email. Let me know if you need anything else thank you

Mar 23, 2023 at 8:21 AM

**Daniela Egli** left the conversation.

Mar 23, 2023 at 8:21 AM

**Daniela Egli** left the conversation.

Also there should be an Amazon package arriving today that has two garage remotes

Meaghan Bird

Awesome.

I'll have the utilities on my end setup to end on Monday. Trash days are Tuesdays

Meaghan Bird

Kk

Mar 23, 2023 at 12:01 PM

Package with remotes has been delivered and is outside front door

CONFIDENTIAL

Meaghan Bird

When you get a chance can you send me the signed lease copy? It sent through drop box but everytime I login I can't see the lease agreement.... I need it for electric, they won't accept a non signed lease.

sure I'll send it

FILE_3122.pdf
PDF Document · 3.7 MB

Meaghan Bird

Thanks!

Joshua Thompson

MAO001858

CONFIDENTIAL

Meaghan Bird

No garage clickers at the door.

They just arrived to do the fans.

Also josh let me know that I'll be highly disappointed with the cleaning on the house. He said there's dirt and crumbs inside cabinetry, dust everywhere etc. I haven't seen it but def won't be pleased that now I'll have to Re clean it to move in. Daniela knew I own a cleaning company and that I would notice anything not Clean.

here's a photo of the delivery did one of the workers take the package inside?

Let me know what you would like to do about the cleaning

CONFIDENTIAL

Joshua Thompson

I'm confused.. I am here now and that package is not there now . Maybe a friendly neighbor picked it if you have someone watching the house .

Meaghan Bird

To explain. Josh arrived at the same time as our employee (they rode together)

I'm
Not upset about the package lol just letting you know so you can let Amazon know or ask a neighbor etc

Ah alright I'll reorder it here in a bit

Joshua Thompson

Thank you .

I appreciate it

and I don't know the neighbors so maybe someone took it

Meaghan Bird

It would make sense since people knew it was vacant

Joshua Thompson

Sir is there a time today you would be available to call me I wanna ask you a few questions about updating the house

Sure I'm available now until like 4 or after 6

Mar 25, 2023 at 6:48 PM

Meaghan Bird

All is well so far but o don't see mailbox keys or anything anywhere.... also not sure what box number we are (I didn't check the lease yet but I will). Did you reorder garage openers? We got a few packages for us today but not those.

That neighborhood has joint mailboxes since they don't have a mailbox at each house. You have to go to the nearest USPS with your lease and they rekey the mailbox and issue you new keys

Meaghan Bird



Ok

CONFIDENTIAL

The garage door openers arrive tomorrow

Meaghan Bird



Ok cool

Mar 27, 2023 at 8:42 PM

Meaghan Bird



Things to note- ice Maker/water dispenser in the fridge door leaks. Or something to do with the fridge. We woke up to a huge puddle this morning again.
- kitchen sink faucet leaks around the counter top and wear you turn it on/off. Not a huge leak but a decent amount.
- what kind of salt do I get for the water softener? I don't see a brand name on it. It's low.
- the previous tenants or someone filled the recycling with electronics, trash etc. how do we go about emptying that? The regular trash was also completely full. Tomorrow is trash day so that will help but the recycling one is gross.
- we have the garage openers, I'll program them this week hopefully.

I think that's all. No other issues so far.

I'll email the inventory sheets tomorrow but wanted to get them in

MAO001861

since it's day 3

CONFIDENTIAL

Thank you for sending it over and for the water softener I'd just buy any branded salt pellets they sell them in the 50lbs bags. For the trash I'd put it out this morning and so long as the recycling only has the following items they'll take it

(glass, paper and cardboard, steel, aluminum, some plastics, rubber and leather, wood, yard trimmings, food)

I can send someone to look at the fridge and kitchen faucet when will you be available?

Meaghan Bird

Kk. The recycling is most certainly not those things. It's like wires, decor, trash, yard ornaments, etc. I can put it out there but the trash can it's in says "vegetation only" lol.

I'll be home the rest of the week getting settled pretty much. So just let me know

Ah alright I'll figure out how to get the trash dumped and let you know when the person is scheduled to go by and look at the fridge/sink

Meaghan Bird

Sounds good. Thank you. I guess we can slowly start transferring it over to the trash one but it's kinda annoying ya know? Whoever did that knew better and was just lazy....

Mar 30, 2023 at 3:55 PM

Meaghan Bird

Update? The water has been off in the kitchen since I called you

Hi I thought you it was already scheduled for tomorrow at 2pm? Did the admin Isabella call you?

Meaghan Bird

No.

So no water in kitchen until Tomorrow Afternoon?

yes unfortunately he will be by around 2pm to change it out

Meaghan Bird

Ok

MAO001862



Jun 27, 2023 at 10:28 AM

CONFIDENTIAL

Meaghan Bird

I just got a call again about water leaking somewhere. This really needs to be resolved. We are paying over $200 a month for water charges. Please call shertz utilities and a plumber to get this fixed. It's been months now

10:27

Greeting Edit

# Voicemail

+1 (210) 619-1000
San Antonio, TX
June 27, 2023 at 10:03 AM

0:00 -0:19

Transcription

"Hi Megan this is Samantha with the city of Schertz I just wanted to call and leave a message stating that there is a leak registered it's registering at 251.0 gallons per hour if you could please give us a call back at 210-619-1100 again this is in regards to a ____________ received thank you have a good day..."

Was this transcription useful or not useful?

+1 (210) 330-6830 Friday
San Antonio, TX 00:15

Ann Box Thursday

MAO001863



CONFIDENTIAL

We aren't even in town so no one is home using any water

Joshua Thompson

I have plumbers that work for me . Master plumbers . They looked at this issue the first time we brought this to your attention and you had the city coke out witch has absolutely nothing to do with the plumbing in the house and they too confirmed exactly what my guys told me. We need a master plumber and his or her crew to come out and run a full diagnostic on the plumbing in the house. The pressure valve at the front needs to be changed for sure that was obvious to me and I'm not even a plumber . But I think there's more to this . I think there might be leaks in the walls . I am gonna have my employees come by the house when we get home from vacation and I'm gonna have them run inferred on all the walls . I'll send them to you so you can see the leaks

Do you see where the leak is coming from? Or is there standing water anywhere because 250 gallons an hour would be like having on 4 faucets full blast

I wonder If its a leaking valve outside have they tried shutting off the landscaping irrigation to see if the leak stops?

Joshua Thompson

But this needs to be addressed immediately. This is a serious issue amd the fact that we have not been able to use a dishwasher because the lack of water pressure is absolutely ridiculous. The fact that my wife has made several attempts to have you address this issue is not only upsetting but disappointing especially since we paid you the entire year up front . I have made several upgrades to your house including installing all the ceiling fans when we moved in for absolutely free . When we moved in the place was not cleaned and the list goes on . We have your yard on a scheduled mowing service and take care of your house like it's our own amd we can't even get plumbing addressed or wash our dishes in a dishwasher

Well if you guys aren't in town I need to shut off the water if theres a leak to avoid any damage that may be occurring when will you be back and I can get a plumber out there?

Joshua Thompson

No .. we don't have the irrigation to the sprinkler system on at all. If I turned that on I would literally have to take a shower with drops coming out of the shower head .

CONFIDENTIAL

There is a problem here .,
Not something that a handy man can fix or something some guy who only knows how to fix a fridge can handle.

If you want me to fix it I can have a crew of master plumbers come over and fix this . But I am not cheap . I'm gonna find the problem amd I'm gonna fix everything . Or if you like I can give you a list of numbers of master plumbers I know that do amazing work

JT

We will be back tomorrow after noon

Alright I'll close the water main and leave the water key by the door. Yeah we're not going to do that as I have to authorize repairs made so let me get a plumber for tomorrow

Joshua Thompson

Please do not send someone over that does not have a master plumbers license. This will require that skill and you should not want someone working on your home that doesn't have a license to be able to pull a permit to work in the city of shertz

JT

It'll be a licensed plumber

Joshua Thompson

Good 👍🏻 I have a guy named Cameron who owns 5 j plumbing and he has plumbed multiple houses for me and several projects . We are building 5 homes on canyon lake right now and he's doing all the plumbing . He's a master plumber and is registered with the city of shertz I highly recommend him if you want someone who can get it done at a good price and fast

5j plumbing is the company

JT

If you tell him I sent you I'm sure you will get a good deal

Jun 27, 2023 at 1:57 PM

Alright I'll reach out to him

It's scheduled for tomorrow later in the day

Jun 27, 2023 at 3:52 PM

Joshua Thompson

Did you reach out to 5 j ?

**CONFIDENTIAL**

Yea

Joshua Thompson

Cool they do great work

Sounds good they said they have a big project in the morning but are going to go by after

Joshua Thompson

Yes sir . One of my projects on canyon lake .

Jun 28, 2023 at 12:25 PM

Meaghan Bird

Hi. We just got home. Where did you leave the water key?

Jun 28, 2023 at 1:44 PM

Joshua Thompson

????

Jun 28, 2023 at 3:06 PM

Meaghan Bird

Hi mark. Still waiting on a response from you. I appreciate you getting back to us yesterday. Please
Respond when you get a chance. Not Going to be able to go days with the water shut off for sure.

Jun 28, 2023 at 4:53 PM

Hi just got back to my warehouse was driving back I used pliers to turn it off so I didn't leave mine behind

Also the plumber hasn't reached out yet so I'm not sure if they're going to go by today

Meaghan Bird

Ok. So Do we Turn it back on or what's the plan?

I would say yes turn it on did you notice any leaks in the house when you got back?

4 gallons a minute would have done a massive amount of damage if it's leaking so there should be water somewhere if not I wonder if it's leaking outside somewhere through irrigation

**MAO001866**

It's leaking outside somewhere through irrigation

Also does your water meter tell you water usage by the day? Could have just been the water softener recharging on that day

CONFIDENTIAL

Meaghan Bird

No Leaks that I can see anywhere

Does the water meter still show 4gpm when you turn the valve back on

Meaghan Bird

I can't see a water softener recharge sending an alert to the utility company enough for them to call me and say we need to shut the water off... lol

Josh isn't home. Where is the valve and I'll grab pliers and turn it back on. Front right or left of the house?

If you're facing the house it's on the left near the street

Left of the driveway

There's a family of frogs living in it

Meaghan Bird

It shows 4.6 right now

0.0 and nothing leaking inside the house?

Meaghan Bird

No.

Is the valve for the irrigation off its the green box cover I believe to the left of the driveway

Meaghan Bird

Yes it's off

Let me call the plumber see where he's at

Jun 29, 2023 at 4:12 PM

Did they go by already?

Jun 29, 2023 at 5:33 PM

MAO001867

Joshua Thompson

He did and he fixed a bunch of stuff. I think he's gonna message you later . But the water works now

CONFIDENTIAL

Alright great where was the leak

Joshua Thompson

I'm actually not quite sure. I haven't really spoke to him about it. He just told me that fix some things and that he would message you later about it. I've been sanding down the first Baptist Church downtown San Antonio today. We are refurbishing all the hardwood floors from the 1800s. And then after that I sent the second half of the day I'll be my guys do some drywall on the kitchen we're building.

Jun 30, 2023 at 9:47 AM

Ahhh alright I'll see what he says haven't heard anything yet

Dec 20, 2023 at 11:15 AM

Hi I received a violation from the HOA regarding a basketball court placed in the front of the yard. It has to be put away when not in use

Joshua Thompson

I would like to talk to the HOA then because as of right now since we've been here, there are eight people in this neighborhood with basketball courts that are not nearly as nice as ours. We keep the house extremely immaculate we have professional lawn service that comes every other week and not only that, we buy far do everything to a high standard. We also have been painting the entire time and still do not have a working dishwasher which is extremely concerning considering we paid the entire year upfront. We love the house we're just a little baffled on why it is that that's an amenity we thought we paid for, but we have not been single I would love to just go replace it and send you the bill. Going to go today after work and I'm going to send you a picture of every basketball court that is exactly like ours but not near as nice as ours and then I'll send you our basketball court. Our basketball court is probably worth 10 times as much as any other basketball room in the neighborhood so the fact is if they say it's a sore eye that's completely wrong because wait till you see basketball courts

I would also love to sit down with you and talk to you about maybe an option of us doing a lease to own on this house. I took it upon myself to build a custom utility room with a folding station and better shelving and paint tile.

Meaghan Bird

Maybe it's a new rule? We've had it for several months now. If the rules changed I get that for sure.

MAO001868

Joshua Thompson



CONFIDENTIAL

The only reason why we got such a nice basketball court rim was because of the fact there was so many other ones, but they were obviously the much cheaper ones and so I said we're gonna get one. We're gonna get a really nice one, so I went out of my way to get the most expensive basketball court system I could find And now all of a sudden.

Dec 20, 2023 at 5:32 PM

It could be that the HOA is starting to enforce the rules but so long as enforcement is equal theres no real way to contest the deed covenants

Meaghan Bird

Ok. So even though we use it daily, it needs to be away from the curb? Can you shoot me the rules so we know?

They cited Article 9 section 17 of the covenants

5470_Cypress_Pt_Lease_3_24_23-3_31_24___HOA_Docs.pdf

PDF Document · 3.7 MB

Meaghan Bird

5:40

5470_Cypress_Pt_Lease_3_24... Done

25 of 51

of the perimeter of the subject Owner's Lot shall be deemed noxious and offensive and is therefore prohibited. No animals, livestock or poultry of any kind shall be raised, bred or kept on [illegible] except that not more than four (4) dogs, cats, or other household pets may be [illegible] are not noxious, offensive, vicious, or dangerous, as determined by the [illegible] side pen, cage, kennel, shelter, concrete pet pad, run, track, or other [illegible] device directly or indirectly related to animals which can be seen, heard or smelled by anyone other than the subject Owner must be approved by the Architectural Review Committee in its sole and absolute discretion. Each and every dog, if not kept and confined within [illegible] non-visible portion of the Lot, must be [illegible] and accompanied by a person [illegible] when traveling beyond the perimeter of [illegible] and such person or Owner shall [illegible] clean and remove the discharge and waste [illegible]

<u>Section 17.</u> <u>Maintenance</u>. Each Owner shall have the duty and responsibility, at his sole cost and expense, to keep and maintain his Lot, all Improvements therein and thereon, in a well maintained, safe, clean and attractive condition at all times. Such maintenance shall include (without limitation):

- the proper seeding, consistent watering and mowing of all lawns;
- the pruning and cutting of all trees and shrubbery;
- prompt removal of all litter, trash, refuse and waste;
- watering of all landscape;
- keeping exterior lighting and mechanical facilities in working order;
- keeping lawn and garden areas alive, free of weeds and attractive;
- keeping driveways in good repair and condition;
- maintenance of exteriors and promptly repairing any exterior damage;
- complying with all governmental, health and police requirements;
- protecting against erosion from any and all sources of water, including water runoff and natural streams and waterways [illegible]

[illegible] manner and with such frequency as is consistent with aesthetics, safety and good property management. The Association, and its agents, during normal business hours, shall have the right after ten (10) days written notice to the Owner of any Lot involved, setting forth the specific violation or breach of this covenant and the action required to be taken, and if at the end of such time reasonable steps to accomplish such action have not been taken by the Owner), to enter on

Guadalupe County Clerk Unofficial Copy
Guadalupe County Clerk Unofficial Copy
Guadalupe County Unofficial Copy
Guadalupe County Clerk Unofficial Copy
Guadalupe County Clerk Unofficial Copy
Guadalupe County Unofficial Copy

Cypress Point Declaration

**CONFIDENTIAL**

VOL3171 PG0617

or [illegible] any person or entity) and to take the action [illegible] in the notice to remedy or [illegible] violation(s) or breach(es). The cost of such [illegible] abatement will be paid to the [illegible] within thirty (30) days after demand [illegible] Individual Assessment upon the Lot [illegible]. The Association, or its agent, shall [illegible] have the right (upon like notice and conditions), to trim or prune, at the expense [illegible] Owner, any hedge, tree or any other planting that, in the written opinion of the Association, by reason of its location on the Lot, or the height, or the manner in which it is permitted to grow, is detrimental to the adjoining Lots, is dangerous or is unattractive in appearance.

<u>Section 18.</u> <u>Exterior Surfaces.</u> All elements of design and construction of exterior surfaces of Residences and other improvements may be subject to and governed by applicable Design Guidelines. All roofs shall be constructed of materials approved by the Architectural Review Committee taking into account harmony, conformity, color, appearance, quality and similar considerations. Composition shingles with the minimum rating of 185 pounds per square with a minimum [illegible] year life may be used. The exterior surface of [illegible] residential dwellings shall be constructed of glass, brick, stone or other materials approved by the Architectural Review Committee [illegible] from exterior construction of a Residence [illegible] least 25% masonry up to the [illegible] plate line. The minimum masonry [illegible] specified shall apply to the [illegible] only on a two story home. No wood [illegible] unless it is constructed [illegible] projections, gables, etc. Specific exceptions [illegible] materials requirements may [illegible] if deemed appropriate for the subdivision [illegible] Architectural Review Committee. The Architectural Review Committee may require [illegible], uniform surface or other special requirements with respect to the elevations [illegible] improvements which face a perimeter common green area, or a street designated in the plat of Cypress Point. Installation of all types of exterior items and surfaces such as address numbers or external ornamentation, outdoor illumination, lights, exterior paint or stain and the like shall be subject to the prior approval of the Architectural Review Committee. Each Owner shall keep and maintain the quality and appearance of all exterior surfaces, particularly those areas covered by an approved paint or stain, in good repair, condition and appearance.

Guadalupe County Clerk Unofficial Copy

Can we contest? There's nothing about basketball hoops in that section. It's large and heavy. If we have to move it daily it was a waste of money and my daughter will be very disappointed ☹️

Ohh wait I think they are talking about something else in this violation not the basketball court

MAO001870



CONFIDENTIAL

Think there was some stuff outside of the garage on December 6th

Pretty sure that’s what they’re referencing

Meaghan Bird

Ohhhhh. Yeah you're way behind lol. I got that letter. It was moved the next day 😊

ahh perfect yeah so we’re good

Meaghan Bird

Ok cool.

Joshua Thompson

Yeah I already moved it . I did demo on the laundry room and I had it outside so I could get our dump trailer and take it to the dump

Meaghan Bird

There wasn't any demo lol. It was from other stuff. But we did get it taken care of so we are all good

wait your modifying the house?

Joshua Thompson

Not modifying just making it better . We took the one ugly metal shelf over the washer and dryer and I added custom shelving and a cabinet with a folding station on top

MAO001871



CONFIDENTIAL

JT Remember we talked about the fact that I build custom homes

Looks nice just make sure any future changes request approval before modifying

Meaghan Bird

Got it.

Thank you also I'd consider selling it owner finance depending on price and terms

Joshua Thompson

JT Let me know when you wanna talk about it

How about tomorrow afternoon

Joshua Thompson

JT Sure . Just let me know how and when

Just give me a call tomorrow how about 5

CONFIDENTIAL

Dec 23, 2023 at 2:20 PM

Joshua Thompson

JT What’s your schedule like today

Aug 15, 2024 at 9:30 AM

Meaghan Bird

Good morning. I need to drop off money to you. I'm heading into SA now. Where should I bring it and what time?

Aug 15, 2024 at 10:48 AM

Joshua Thompson

JT 15450 capital port San Antonio tx 78249

Meaghan Bird

Should be there in an hour

Alright sounds good

Meaghan Bird

Here

Alright 5 minutes away