# Exhibit 7

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION**

MARK ORTEGA,                                          §
                                                      §
          Plaintiff,                                §
                                                      §
vs.                                                   §
                                                      §
SIENNA MARKETING & CONSULTING, INC.                   §    Case No. 5:24-CV-00487-OLG
a New York Corporation and VINCENT                    §
PALAZZO,                                              §
                                                      §
          Defendants.                               §
                                                      §
                                                      §
                                                      §

**AFFIDAVIT OF BRUNO SCOTTI IN SUPPORT OF DEFENDANTS SIENNA MARKETING & CONSULTING, INC. AND VINCENT PALAZZO'S MOTION FOR SUMMARY JUDGMENT**

I, Bruno Scotti, am over the age of eighteen years, of sound mind and competent to testify as to the matters contained herein.

1.      I am the founder and managing director of Sienna Marketing & Consulting, Inc. d/b/a Creative Capital Solutions ("Sienna Marketing").

2.      I am familiar with, and have personal knowledge about, the matters involved in this civil action.

3.      I have reviewed Sienna Marketing's books and records that it maintains in the ordinary course of its business activities.

4.      I am familiar with Sienna Marketing's preparation of its Do Not Call Policy, which it prepared in order to comply with the laws and regulations regarding wired and wireless telephone communications to any covered telephone line or number. A true and correct copy of Sienna Marketing's Do Not Call Policy is attached to Defendants' Motion for Summary Judgment as **Exhibit 6**.

164425.00001/156839350v.1

5.    Pursuant to its Do Not Call Policy, Sienna Marketing updates its National, State, and Wireless Do Not Call lists every 31 days with numbers being removed from active calling and put on the Master Do Not Call List that Sienna Marketing maintains.

6.    Moreover, Sienna Marketing's Master Do Not Call List is automatically synchronized between all dialing systems and databases on a daily basis.

7.    As part of Sienna Marketing's regularly conducted business activities, it prepared and maintains several policies to be utilized by Sienna Marketing, its employees, and agents.

8.    The Do Not Call Policy provided to Ortega in this case was implemented since at least 2022, and has continuously been in effect since that time.

9.    Sienna Marketing's Do Not Call Policy is kept in the course of Sienna Marketing's regularly conducted business activities.

10.    Sienna Marketing trains its callers on the use of Sienna Marketing's Do Not Call Policy in order to fully comply with the Telephone Consumer Protection Act and all of its enacting regulations.

11.    One of those callers that Sienna Marketing trained on the use of Sienna Marketing's Do Not Call Policy is Vincent Palazzo, a defendant in this action.

12.    As a small business lender, Sienna Marketing has no interest in contacting individuals to offer them financing on a personal or individual basis.  The only entities Sienna Marketing provides financing options to are businesses.

I affirm under the penalties of perjury that the contents of the foregoing Affidavit are true to the best of my knowledge, information and belief.

Dated: January 29, 2026

Bruno Scotti, Managing Director of Sienna
Marketing & Consulting, Inc.