**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ORTEGA, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Case No. 5:24-CV-00487-OLG |
| SIENNA MARKETING & CONSULTING, INC. | § | |
| a New York Corporation and VINCENT | § | |
| PALAZZO, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**[Proposed] Order**

This Cause coming to be heard on Defendants' Motion for Summary Judgment, due notice having been given, and the Court being further advised, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that judgment is entered against Defendants on all counts of Plaintiff's Second Amended Complaint.

**IT IS SO ORDERED**

Signed this ___ day of _____, 2026.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

164425.00001/156876206v.1