**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ORTEGA, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Case No. 5:24-CV-00487-OLG |
| SIENNA MARKETING & CONSULTING, INC. | § | |
| a New York Corporation and VINCENT | § | |
| PALAZZO, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**[Proposed] Order**

This Cause coming to be heard on Plaintiff Mark Otega's Motion to Compel Discovery

Responses and Request for Expedited Ruling, ECF No. 70, due notice having been given, and the

Court being further advised, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**

Signed this ___ day of _____, 2026.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

164425.00001/156914612v.1