IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| MARK ANTHONY ORTEGA, | § | |
| *Plaintiff,* | § | SA-24-CV-00487-OLG |
| vs. | § | |
| SIENNA MARKETING & CONSULTING INC.,, A NEW YORK CORPORATION; AND VINCENT PALAZZO, | § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a report and recommendation, recommending that Defendant's motion for summary judgment be granted in part and that the District Court decline to exercise supplemental jurisdiction over Plaintiff's remaining state-law claims. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 20th day of March, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE